THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARCUS FRASIER,<br><br>　　　　　　Defendant. | No. 2:14-cv-112<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that effective immediately, Abha Khanna, attorney at Perkins Coie LLP, hereby withdraws as counsel for Plaintiff THE POKÉMON COMPANY INTERNATIONAL, INC. in the above-entitled action.  Plaintiff THE POKÉMON COMPANY INTERNATIONAL, INC. will continue to be represented by Judith Jennsion, WSBA No. 36463 and Breena M. Roos, WSBA No. 34501, attorneys at Perkins Coie LLP.

NOTICE OF WITHDRAWAL OF COUNSEL (No. 2:14-cv-112 TSZ) – 1
69148-0006/LEGAL122113405.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED:  June 6, 2014

By: s/ Abha Khanna
Abha Khanna #42612
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  AKhanna@perkinscoie.com

Withdrawing Attorney for Plaintiff
THE POKÉMON COMPANY
INTERNATIONAL, INC.

By:  s/ Breena R. Roos
Judith B. Jennison #36463
Breena R. Roos # 34501
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  JJennison@perkinscoie.com
        BRoos@perkinscoie.com

Attorneys for Plaintiff
THE POKÉMON COMPANY
INTERNATIONAL, INC.

NOTICE OF WITHDRAWAL OF COUNSEL(No. 2:14-cv-112 TSZ) – 2
69148-0006/LEGAL122113405.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that on June 6, 2014, I electronically filed the foregoing **Notice of Withdrawal of Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Shannon M. Jost, #32511<br>Theresa H. Wang, #39784<br>**Stokes Lawrence, P.S.**<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA  98101-2393 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via E-Filing<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>___  Other: _____ |
| Sarah M. Matz (pro hac vice)<br>**Adelman Matz P.C.**<br>425 Park Avenue, 27th Floor<br>New York, NY 10022 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via E-Filing<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>___  Other: _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of June, 2014.

s/ Breena M. Roos
Breena M. Roos, WSBA No. 34501
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: BRoos@perkinscoie.com

Attorneys for Plaintiff
THE POKÉMON COMPANY INTERNATIONAL, INC.

NOTICE OF WITHDRAWAL OF COUNSEL(No. 2:14-cv-112 TSZ) – 3
69148-0006/LEGAL122113405.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000